SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>          Plaintiff,<br><br>     vs.<br><br>Robert W. Graykowski, et al,<br><br>          Defendants | Case No. **2:08-cv-01945-LKK-KJM**<br><br>**PLAINTIFF'S REQUEST AND ORDER RE REQUEST TO WITHDRAW NOTICE OF SETTLEMENT**<br><br>**AND RESET STATUS CONFERENCE** |

     Plaintiff, Scott N. Johnson, hereby requests the Court to withdraw the notice of settlement filed December 2, 2008.  The Plaintiff also requests that the status conference be RESET to January 20, 2009 at 10am in accordance with MINUTE ORDER dated October 28, 2008.

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST TO WITHDRAW NOTICE OF SETTLEMENT

AND RESET STATUS CONFERENCE

CIV: S-08-cv-01945-LKK-KJM - 1

Dated:   December 18, 2008          /s/Scott N. Johnson  ____

                                    Scott N. Johnson,

                                    Attorney for Plaintiff

**ORDER**

   IT IS HEREBY ORDERED THAT the notice of settlement filed December 2, 2008 be and is hereby WITHDRAWN and that the status conference is RESET to March 23, 2009 at 2:30 p.m.

Date:   January 5, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST TO WITHDRAW NOTICE OF SETTLEMENT

AND RESET STATUS CONFERENCE

CIV: S-08-cv-01945-LKK-KJM - 2

PDF created with pdfFactory trial version www.pdffactory.com