1 SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
2 5150 FAIR OAKS BLVD., SUITE 101
PMB #253
3 CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
4 FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

5 Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON | Case No.: CIV.S 08-cv-01945-LKK-KJM |
| Plaintiff, | **STIPULATED DISMISSAL OF ROBERT W. GRAYKOWSKI; JEANINE GRAYKOWSKI AND ORDER** |
| vs. | |
| Robert W. Graykowski, et al, | Complaint Filed: AUGUST 20, 2008 |
| Defendants | **CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendants (Robert W. Graykowski; Jeanine Graykowski) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: August 3, 2009 | /s/_____<br>SCOTT N. JOHNSON<br>Attorney for Plaintiff |
| Dated: August 11, 2009 | /s/_____<br>LEONARD C. HART NIBBRIG<br>Attorney for Defendants,<br>MARK R. HART; SUE HART |

**IT IS SO ORDERED**.

Dated: August 17, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com