SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Robert W. Graykowski, et al<br><br>　　　　Defendants<br><br><br>Mark R. Hart and Sue Hart,<br><br>　　　　Counterclaimants,<br><br>　vs.<br><br>Scott N. Johnson,<br><br>　　　　Respondent | Case No.: CIV.S 08-cv-01945-LKK-KJM<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br>**Dismissal of Entire Action and Defendants' Counter-Claim**<br><br>Complaint Filed: AUGUST 20, 2008<br><br>Counterclaim Filed: FEBRUARY 24, 2009 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action and the counterclaim be and are hereby dismissed with prejudice in its entirety pursuant to FRCP 41 (a)(2). The Parties shall bear their own costs and

1

STIPULATED DISMISSAL and PROPOSED ORDER
　　　　　　　　　　　　　　　　CIV: S-08-cv-01945-LKK-KJM

PDF created with pdfFactory trial version www.pdffactory.com

attorneys' fees in connection with the Lawsuit and Counterclaim and the negotiation and preparation of this Agreement.

Dated: March 2, 2010                LAW OFFICE OF
                                    LEONARD C. HART NIBBRIG


                                    /s/ Leonard C. Hart Nibbrig
                                    LEONARD C. HART NIBBRIG,
                                    Attorney for Defendants,
                                    Mark R. Hart; Sue Hart


Dated: March 2, 2010                DISABLED ACCESS PREVENTS
                                    INJURY, INC.


                                    /s/Scott N. Johnson
                                    SCOTT N. JOHNSON,
                                    Attorney for Plaintiff

**IT IS SO ORDERED** that this action and the counterclaim are hereby dismissed **WITH** prejudice. The Parties are to bear their own costs and attorney's fees in connection with the Lawsuit and Counterclaim.

Dated: March 8, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com